IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FACTORY MUTUAL INSURANCE COMPANY, a Rhode Island Company, as Subrogee of Post Holdings, Inc., a Missouri corporation, Michael Foods of Delaware, Inc., a Delaware corporation, and M.G. Waldbaum Company, a Nebraska Company;<br><br>Plaintiff,<br><br>vs.<br><br>HENNING COMPANIES, LLC, an Iowa Limited Liability Company;<br><br>Defendant. | **8:22CV432**<br><br>**ORDER** |
| FACTORY MUTUAL INSURANCE COMPANY, a Rhode Island Company;<br><br>Plaintiff,<br><br>vs.<br><br>VENCOMATIC, INC, an Illinois Company;<br><br>Defendant. | **8:24CV74**<br><br>**ORDER** |

IT IS ORDERED that the deadline to file a motion to consolidate the above-captioned cases for the purposes of trial is **August 29, 2025**.

Dated this 28th day of May, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge